B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)     Case Number **14–83610**

# UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 12/3/14.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.
See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Audra L Whitesell
4310 Bar Harbor Drive
Lake in the Hills, IL 60156

| | |
|---|---|
| Case Number:   14–83610<br>Office Code:   3 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx–xx–4131 |
| Attorney for Debtor(s) (name and address):<br>David M Siegel<br>David M. Siegel & Associates<br>790 Chaddick Drive<br>Wheeling, IL 60090<br>Telephone number:  847 520–8100 | Bankruptcy Trustee (name and address):<br>Megan G Heeg<br>Ehrmann Gehlbach Badger Lee & Considine<br>Pob 447– 215 E First St, Ste 100<br>Dixon, IL 61021<br>Telephone number:  815–288–4949 |

## Meeting of Creditors:
Date: **December 30, 2014**         Time: **02:00 PM**

Location:  **308 West State Street, Room 40, Rockford, IL 61101**

**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

**Presumption of Abuse under 11 U.S.C. § 707(b)**
*See "Presumption of Abuse" on reverse side.*

**The presumption of abuse does not arise.**

**Deadlines:**
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to Object to Debtor's Discharge *or* to Challenge Dischargeability of Certain Debts: 3/2/15**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

**Creditors May Not Take Certain Actions:**
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.**

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Western Division<br>327 South Church Street<br>Rockford, IL 61101<br>Telephone number:  1–866–222–8029 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Jeffrey P. Allsteadt |
| Hours Open:  Monday – Friday 8:30 AM –4:30 PM | Date:  December 4, 2014 |

## EXPLANATIONS   B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. ***Do not include this notice with any filing you make with the court.*** |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 14-83610-TML
Audra L Whitesell                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-3           User: ldixon              Page 1 of 1                Date Rcvd: Dec 04, 2014
                               Form ID: b9a              Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2014.
db          +Audra L Whitesell,    4310 Bar Harbor Drive,    Lake in the Hills, IL 60156-1080
22693837    +Algonquin Commons - Phase 1,    1900 S Randall Road,    Algonquin, IL 60102-5926
22693838    +BBY/CBNA,   PO Box 6497,    Sioux Falls, SD 57117-6497
22693842     CB/VICSCRT (Victoria Secret),    PO Box 182128,    Columbus, OH 43218-2128
22693847     Dependon Collection Service,    Attn: Bankruptcy,    PO Box 4833,   Oak Brook, IL 60522-4833
22693851    +Kohl/Cap1,   PO Box 6497,    Sioux Falls, SD 57117-6497
22693852     Kohl/Chase(Kohl's Department Store),     Attn: Bankruptcy Department,
              N54W 17000 Ridgewood Drive,    Menomonee Falls, WI 53051
22693853    +MB Financial,   6111 N. River Rd.,    Rosemont, IL 60018-5111
22693855    +MOHD Surgery Dermatology Ctr,    1550 Northwest Highway,    Suite 300,
              Park Ridge, IL 60068-1460
22693856    +Progressive Financial Services, Inc,    PO Box 22083,    Tempe, AZ 85285-2083

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: davidsiegellaw@hotmail.com Dec 05 2014 01:21:10     David M Siegel,
              David M. Siegel & Associates,   790 Chaddick Drive,    Wheeling, IL  60090
tr          +E-mail/Text: kathy@egblc.com Dec 05 2014 01:24:33     Megan G Heeg,
              Ehrmann Gehlbach Badger Lee & Considine,    Pob 447- 215 E First St, Ste 100,
              Dixon, IL 61021-0447
22693839     EDI: CAPITALONE.COM Dec 05 2014 00:58:00     Cap One,    Bankruptcy Dept.,    PO Box 5155,
              Norcross, GA 30091
22693841     EDI: WFNNB.COM Dec 05 2014 00:58:00     CB/Vctrssec,    PO Box 182789,    Columbus, OH 43218-2789
22693840    +EDI: CAPITALONE.COM Dec 05 2014 00:58:00     Capital One,    Bankruptcy Department,
              PO Box 30285,   Salt Lake City, UT 84130-0285
22693843    +EDI: CITICORP.COM Dec 05 2014 00:58:00     Citi,    Attn: Bankruptcy Department,    PO Box 6241,
              Sioux Falls, SD 57117-6241
22693844     EDI: CITICORP.COM Dec 05 2014 00:58:00     Citi,    PO Box 6500,   Sioux Falls, SD 57117-6500
22693845    +EDI: CITICORP.COM Dec 05 2014 00:58:00     Citibank NA,    PO Box 769006,
              San Antonio, TX 78245-9006
22693846    +EDI: RCSFNBMARIN.COM Dec 05 2014 00:58:00     Credit One,    Bankrupcty Department,
              PO Box 98873,   Las Vegas, NV 89193-8873
22693848     EDI: RMSC.COM Dec 05 2014 00:58:00     GECRB/Care,    P.O. Box 965036,    Orlando, FL 32896-5036
22693849    +EDI: RMSC.COM Dec 05 2014 00:58:00     Gecrb/Care Credit,    Attn: bankruptcy,    Po Box 103104,
              Roswell, GA 30076-9104
22693854    +EDI: MID8.COM Dec 05 2014 00:58:00     Midland Credit Management, Inc.,    Bankruptcy Department,
              8875 Aero Drive, Ste 200,   San Diego, CA 92123-2255
                                                                                             TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22693850     Gina Gerardi
                                                                                  TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2014                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 4, 2014 at the address(es) listed below:
              David M Siegel    on behalf of Debtor Audra L Whitesell davidsiegellaw@hotmail.com,
               davidmsiegel@hotmail.com;author@proofofpayments.com;johnellmannlaw@gmail.com
              Megan G Heeg    heeg@egblc.com, IL55@ecfcbis.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 3